ACCEPTED
03-13-00370-CV
8116478
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 1:35:07 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00370-CV

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 1:35:07 PM
JEFFREY D. KYLE
Clerk

**The State Board for Educator Certification,**

*Appellant,*

**v.**

**Erasmo Montalvo,**

*Appellee*

ON APPEAL FROM THE 200TH DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-12-002991

**APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE
MOTION FOR REHEARING**

BRIM ARNETT & ROBINETT, P.C.
Mark Robinett
State Bar No. 17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814

*Counsel for Erasmo Montalvo*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 49.8, Erasmo Montalvo, Appellee, files his Unopposed Motion to Extend Time to File Motion for Rehearing.

Montalvo's Motion for Rehearing is currently due on **December 15, 2015**.

Counsel for Montalvo requests a 14-day extension of time to file his Motion for Rehearing, making the it due on **December 13, 2015**. This is the first request for extension of time to file the Motion for Rehearing.

Counsel for Montalvo relies on the following reasons to explain the need for the requested extension:

- The Opinion in this cause was issued on November 24, 2015, two days before Thanksgiving, while counsel for Montalvo, Mark Robinett, was on vacation

- Counsel has had a busy schedule since returning from vacation, including out of town administrative conferences and preparation for a hearing on the due date for the Motion for Rehearing at the State Office of Administrative Hearings.

- Counsel has been suffering from a minor illness for the three days prior to filing this motion.

Counsel for Montalvo seeks this extension of time to be able to prepare an appropriate brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Erasmo Montalvo, Appellee, requests that this Court

grant his Unopposed Motion to Extend Time to File Motion for Rehearing and extend the deadline for filing that Motion to December 23, 2015.

Respectfully submitted,

**BRIM ARNETT ROBINETT CONNERS & MCCORMICK, P.C.**

/s/ Mark W. Robinett

Mark W. Robinett
State Bar No.   17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814

*Attorney for Erasmo Montalvo*

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that appellant's counsel has conferred with opposing counsel who indicated that she did not oppose this motion.

/s/ Mark W. Robinett
Mark W. Robinett

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that on December 7, 2015, a copy of this motion was sent via the Court's electronic filing system and via facsimile to the following:

Ellen Sameth
Assistant Attorney General
*Counsel for The State Board for Educator Certification*


/s/ Mark W. Robinett
Mark W. Robinett